THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR15-0120-JCC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| NIEM DOAN, | |
| Defendant. | |

This matter comes before the Court on the parties' stipulated motion to bifurcate the trial in this matter (Dkt. No. 596). Defendant Niem Doan is charged with Felon in Possession of a Firearm (Count 49), in addition to four counts of controlled substances offenses. (Dkt. No. 372.) Count 49 requires the Government to produce evidence of Defendant's prior qualifying felony convictions. The parties agree that bifurcation is appropriate to avoid prejudice to Defendant with respect to the controlled substances offenses. (Dkt. No. 596 at 1.)

The stipulated motion (Dkt. No. 596) is GRANTED. The trial in this matter will be bifurcated: Count 49 of the Superseding Indictment (Dkt. No. 372), Defendant's felon in possession charge, shall be tried separately, immediately following the verdict on the remaining counts, before the same jury.

//

//

ORDER
PAGE - 1

1    DATED this 29th day of March 2016.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2