THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>NIEM DOAN,<br><br>        Defendant. | CASE NO. CR15-0120-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's motion concerning a briefing schedule for Defendant Niem Doan's motion for compassionate release (Dkt. No. 1248) and the parties' stipulated motion to stay Defendant's motion for compassionate release (Dkt. No. 1252). Having thoroughly considered the motions and the relevant record, the Court hereby ORDERS as follows:

1. The parties' stipulated motion to stay (Dkt. No. 1252) is GRANTED.
2. Defendant's motion for compassionate release (Dkt. No. 1245) is hereby STAYED.
3. The Clerk is DIRECTED to strike the Government's motion concerning briefing schedule (Dkt. No. 1248) as moot.
4. It is further ORDERED that after consulting with Defendant, Counsel will promptly

notify the Court and the Government whether an amended motion will be filed in this case. If no such motion is to be filed, the United States will have seven days from that notice in which to file its response to the pro se motion. If an amended motion is to be filed, the parties are to provide a proposed briefing schedule to the court.

DATED this 23rd day of September 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
