THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NIEM DOAN,<br><br>    Defendant. | CASE NO. CR15-0120-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion concerning a briefing schedule (Dkt. No. 1280). Having thoroughly considered the motion and the relevant record, the Court hereby ORDERS as follows:

1. The United States shall file a response to Mr. Doan's motion for compassionate release on or before November 16, 2020;
2. Any reply brief will be filed on or before November 20, 2020, and the matter noted for that date.
3. The Clerk is DIRECTED to re-note Mr. Doan's motion to reduce sentence (Dkt. No. 1273) to November 20, 2020.

1 | DATED this 9th day of November 2020.

William M. McCool<br>
Clerk of Court<br><br>
s/Paula McNabb<br>
Deputy Clerk