THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-0120-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| NIEM H. DOAN, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion for reconsideration[1] of the Court's order denying his motion for compassionate release (Dkt. No. 1298). "Motions for reconsideration are strongly disfavored." W.D. Wash. Local Crim. R. 12(b)(13). "The court will ordinarily deny [them] in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." *Id.* Defendant points out neither. Accordingly, his motion for reconsideration (Dkt. No. 1298) is DENIED.

//

---

[1] Defendant styled the motion as one seeking cause and consideration. (*See* Dkt. No. 1298.)

MINUTE ORDER
CR15-0120-JCC
PAGE - 1

DATED this 8th day of February 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk